UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. CATES,<br><br>　　　　　Respondent. | Case No. 1:24-cv-00134-NODJ-SAB (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(ECF No. 6) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 23, 2024, Petitioner filed an application to proceed in forma pauperis. Due to the fact that Petitioner was authorized to proceed in forma pauperis in this action on January 30, 2024, (ECF No. 5), IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis (ECF No. 6) is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:　**February 26, 2024**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE